■ BEVERLY A. WEBER, Appellant, v GREGORY G. WEBER, Respondent. (Appeal No. 2.) — Order unanimously reversed, without costs, motion granted and matter remitted to Erie County Supreme Court (Mintz, J.) for further proceedings, in accordance with the same memorandum as in *Weber v Weber* (84 AD2d 940). (Appeal from order of Erie Supreme Court, Mintz, J. — modify restraining order.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Denman, JJ.